**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CHARLES KNOX, JR.,**

       **Petitioner,**

**vs.**                                      **Case No. 4:12cv204-RV/CAS**

**MICHAEL D. CREWS, Secretary,
Florida Department of Corrections,**

       **Respondent.**

_____

**ORDER**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 14, 2014.  Doc. 28.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and the objections thereto timely filed (doc. 31), I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Petitioner Knox's second amended § 2254 petition (Doc. 9), is **DENIED**.  It is further **ORDERED** that the certificate of appealability is **DENIED** and that leave to appeal in forma pauperis is  **DENIED**.  The Clerk shall substitute Michael D. Crews for Kenneth S. Tucker as Respondent.

**DONE AND ORDERED** this 5th day of November, 2014.


/s/ Roger Vinson
**ROGER VINSON**
**Senior United States District Judge**